**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of James Williams, Appellant.

Appellate Case No. 2019-001058

------

Appeal From Lancaster County
Brian M. Gibbons, Circuit Court Judge

------

Unpublished Opinion No. 2021-UP-082
Submitted February 1, 2021 – Filed March 10, 2021

------

**APPEAL DISMISSED**

------

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for the State of South Carolina.

------

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *In re the Care & Treatment of McCoy*, 360 S.C. 425, 602 S.E.2d 58 (2004). Counsel's motion to be relieved is granted.[1]

------

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.

**APPEAL DISMISSED.**

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**